

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2013

No. 04-13-00266-CR

**IN RE Juan MORENO**

Original Mandamus Proceeding[1]

**ORDER ON MOTION FOR REHEARING**

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Rebeca C. Martinez, Justice

On May 10, 2013, Relator Juan Moreno filed a motion for rehearing. The motion for rehearing is DENIED.

It is so **ORDERED** on May 21, 2013.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009CR8686D, styled *State of Texas v. Juan Moreno*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.